UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14012-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**KWUAN MONTRELL BAKER,**

    Defendant.
_____/

## ORDER CONTINUING TRIAL PERIOD

**THIS CAUSE** comes before the Court *sua sponte* following the Motion to Suppress Hearing held on May 20, 2022 [ECF No. 27]. As discussed in open Court, and to permit proper resolution of the Motion to Suppress in light of the need for supplemental briefing, the Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that the Criminal Jury Trial for Kwuan Montrell Baker is reset for the reasons stated in open court.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, August 9, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **August 15, 2022**.

2. **The deadline to file all pre-trial motions and motions *in limine* previously was set by Court order as April 25, 2022 [ECF No. 17], and is not extended by this Order.**

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 13] remain in effect.

CASE NO. 22-14012-CR-CANNON

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

5. **No further continuances of trial will be granted**.  Counsel should plan accordingly.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of May 2022.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record