```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
             CASE NO. 22-14012-CR-CANNON
```

UNITED STATES OF AMERICA,

        Plaintiff,                      AUGUST 9, 2022

    vs.

                                    FORT PIERCE, FLORIDA

KWUAN MONTRELL BAKER,

        Defendant.                     Pages 1 - 5

_____/

```
              TRANSCRIPT OF CALENDAR CALL HEARING
            BEFORE THE HONORABLE AILEEN M. CANNON
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFF:      MICHAEL DAVID PORTER, AUSA
                           Office of U.S. Attorney
                           101 South US Highway One
                           Suite 3100
                           Fort Pierce, Florida  34950

FOR THE DEFENDANT:      PANAYOTTA AUGUSTIN-BIRCH, AFPD
                           Office of U.S. Public Defender
                           109 North 2nd Street
                           Fort Pierce, Florida  34950

REPORTED BY:            DIANE MILLER, RMR, CRR
                           Official Court Reporter
                           (772)467-2337
                           diane_miller@flsd.uscourts.gov

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2             THE COURT:  Thank you.  You may be seated.
 3             THE COURTROOM DEPUTY:  Calling case 22-CR-14012-
 4   Cannon, USA versus Kwuan Montrell Baker.  Can we have the
 5   parties enter your appearance beginning with the Government.
 6             MR. PORTER:  Good afternoon, Your Honor; Michael
 7   Porter on behalf of the United States.
 8             MS. AUGUSTIN-BIRCH:  Good afternoon, Your Honor;
 9   Panyotta Augustin-Birch on behalf of Kwuan Baker.
10             THE COURT:  Good afternoon.
11             We are here for a calendar call.  This case is set
12   for trial during the two-week period starting on August 15th.
13   As I indicated in an order earlier today, the defendant's
14   motion to suppress would be denied and I believe the order
15   docketing -- I'm sorry, order denying that motion was just very
16   recently docketed at entry 43, so I just wanted to state that,
17   for the record.
18             Let me just hear from the Government with respect to
19   trial preparation and any other related matters.
20             MR. PORTER:  Judge, while the United States can be
21   ready for trial, I anticipate that this case will be resolved
22   via a plea.  Ms. Birch and I have spoken extensively about it.
23   I have obtained preliminary approval from my office for a plea;
24   all they requested was the ability to read Your Honor's written
25   order, before we actually entered into the conditional plea
```

1  agreement. I think we need a little time. I'll let Ms. Birch
2  speak to that.
3       There is plenty of time left under the Speedy Trial
4  Act, but I do believe this case will be resolved via a
5  conditional plea agreement.
6       THE COURT: All right, Ms. Birch.
7       MS. AUGUSTIN-BIRCH: Yes, Your Honor, I do believe it
8  will be resolved by plea agreement.
9       As Mr. Porter states, he just needs to have the
10 order. Obviously, I would like to have the order to review it
11 with Mr. Baker.
12      Your Honor, I'm just asking for additional time. I
13 know that it is set during the two-week trial period. If the
14 Court would be willing at least to set it for the second week,
15 that would give me until next Friday, the 19th, if my dates are
16 correct, for him to enter into a plea of guilty, so I have time
17 to review the information, set a hearing -- I'm sorry, set a
18 meeting with the jail and then have the opportunity to go over
19 any documents. I'm assuming that will be sufficient time for
20 Mr. Porter's office.
21      MR. PORTER: Absolutely, Judge. Again, we do have
22 time left under the Speedy Trial Act.
23      THE COURT: Thank you.
24      I have a civil case specially set for that week; but
25 what I can do is do sort of a reset of the trial period which

```
 1   would then put us at, I want to say, the 29th, two weeks.
 2            Is that correct, Teresa?
 3            THE COURTROOM DEPUTY:  Yes.
 4            THE COURT:  That's what I'll do, assuming there is no
 5   objection.
 6            MS. AUGUSTIN-BIRCH:  No objection.
 7            THE COURT:  All right.
 8            Mr. Porter?
 9            MR. PORTER:  No objection, Your Honor.
10            THE COURT:  All right, then, I guess there is nothing
11   else to discuss.  But if the discussions do not materialize,
12   then, obviously, there remains the requirement to file the
13   pretrial filings, so that would then be due by the calendar
14   call for the forthcoming trial period, if that makes sense,
15   which I think would be.
16            THE COURTROOM DEPUTY:  August 23rd.
17            THE COURT:  The 23rd, thank you.
18            MS. AUGUSTIN-BIRCH:  Okay.
19            THE COURT:  So that would be the new deadline for the
20   filing of pretrial submissions, to the extent the case is not
21   otherwise resolved.
22            Are there any other matters to discuss, Mr. Porter?
23            MR. PORTER:  No, Your Honor; thank you.
24            THE COURT:  All right.
25            Ms. Birch?
```

Tuesday, August 9, 2022.

1          MS. AUGUSTIN-BIRCH:  No, Your Honor; thank you.
2          THE COURT:  Thank you all for your patience with the
3  Court getting out its order.  I hoped to do so; but anyway, it
4  took a bit longer.
5          The court is in recess.
6          THE COURTROOM DEPUTY:  All rise.
7     (PROCEEDINGS ADJOURNED AT 2:55 p.m.)

8                      **C-E-R-T-I-F-I-C-A-T-E**
9          I hereby certify that the foregoing is
10     an accurate transcription and proceedings in the
11     above-entitled matter.

12
          *1/4/2023*                    */s/DIANE MILLER*
13        DATE                    DIANE MILLER, RMR, CRR, CRC
                                  Official Court Reporter
14                                United States District Court
                                  101 South U.S. Highway 1
15                                Fort Pierce, FL  34950
                                  772-467-2337

Tuesday, August 9, 2022.